USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Dec. 15, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**Arturo Estevez**, *individually, and on behalf of all others similarly situated*,

                        **Plaintiff,**

          v.

**Align Technology, Inc.**,

                        **Defendant.**

1:21-cv-8842-ALC

**ORDER OF DISCONTINUANCE**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, *see* ECF No. 6, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within 30 (thirty) days.

**SO ORDERED.**

**Dated:** Dec. 15, 2021
          New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**